Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED ☒    LODGED ____
RECEIVED ____    COPY ____

DEC 2 7 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Case No. **CV24-03701-PHX-ASB**

*(to be filled in by the Clerk's Office)*

Joyce Davis

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)*    ☐ Yes    ☐ No

Tim Maze
Matt Holton

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Joyce Davis
Street Address          1601 . S. 222 nd st
City and County         mesa      Maricopa
State and Zip Code      Az    85212
Telephone Number        602-703-2357
E-mail Address          Jbsd1974@gmail.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Tim Maze Group Manufacturing Serivos |
| Job or Title (if known) | President, Owner |
| Street Address | 3201 S. Hardy Dr. |
| City and County | Tempe Maricopa |
| State and Zip Code | AZ 85282 |
| Telephone Number | 602-820-1117 |
| E-mail Address (if known) | TMaze@gmsaz.com |

Defendant No. 2

| | |
|---|---|
| Name | Matt Holton Group. Manufaturing Serivos |
| Job or Title (if known) | GM |
| Street Address | 3201 S Hardy dr |
| City and County | Tempe Maricopa |
| State and Zip Code | AZ 85282 |
| Telephone Number | 1-832-970-5664 |
| E-mail Address (if known) | Mholton@gmsaz.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Group Manufacturing Services |
| Street Address | 3201 S. Hardy Dr. |
| City and County | Tempe    Maricopa |
| State and Zip Code | Az    85282 |
| Telephone Number | 480-966-3952 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Other federal law *(specify the federal law)*:

_____

☐  Relevant state law *(specify, if known)*:

_____

☐  Relevant city or county law *(specify, if known)*:

_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.   I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☑ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.   The facts of my case are as follows.  Attach additional pages if needed.

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

**IV.    Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    B.    The Equal Employment Opportunity Commission *(check one)*:

        ☐    has not issued a Notice of Right to Sue letter.

        ☑    issued a Notice of Right to Sue letter, which I received on *(date)*   _____ .

        *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question.

        Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐    60 days or more have elapsed.

        ☐    less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *12-27-2024*

Signature of Plaintiff    *Joyce Davis*

Printed Name of Plaintiff    *Joyce Davis.*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

9-6-2024

Regarding a Conversation I had with Matt Holton Called me to his office and when I sat down he said to Me I don't think this is going to work and I asked him what isn't going to work and he said again I don't think this is going to work due to your Past History Im unable to get you a raise and I asked him what do you mean my Past history ever since Mark left I don't bring him up and I've went above and beyond and he said yes you have gone above and beyond. But your Past history isn't allowing me to get you a raise. I asked what Past he just said your Past History. He then said you have made statements about things and I don't think you can let the Past go I then said we haven't even moved yet and when I do go over to Sheet Metal I've always been nice to everyone. I then asked has someone said I've been rude he said no.

Joyce Davis

I then said then how do you know how I will be when we move over to Sheet Metal. He then said Joyce I just don't think you will work out. I then said to Matt if your going to fire me then just fire me. You haven't even given it a chance and your saying because I've asked where my desk would be and asked other question. He then said to me Joyce If I want to put your desk on the corner of the property I would if thats what I thought would be best for Group, I just looked at him. I was lost for words. I Then asked him if this was because I was upset on Monday. He said I didn't even know you were upset on monday. I Then told him I was upset with thing he keep saying like they way this shop was ran in the past and if you were my wife I would have never let you work here and keep getting shit on. I then told him that if he didn't like Mark he didn't have to keep making those comments after awhile they feel very personally wrong. And he said no not like mark. But if thats going to upset you how is

5-6-2024

this going to work. I said as long as I know your not taking jabs were fine, But when these comments have gone on since Mark left it feels personal. And then he said how is this going to work I said I've done my job this far above and Ive made it super easy on you so far he said yes you have. I then said If your going to fire Me Matt then fire Me. But Ive done a good job. He said no Joyce I don't want to fire you. I just don't know if you can move on from there. I said you haven't given me a chance. He then said we can try again in three month on a raise.

Joyce Davis
5-6-2024

May 8, 2024

On Monday May 6, 2024 Joyce Davis came to my office to discuss concerns and situations she was experiencing with Matt Holton, General Manager of Group Manufacturing Services. I arranged for both parties to meet up on Tuesday May 7, 2024 with myself attending at 9:00 in the company conference room.

Asking both parties, starting with Joyce, to voice concerns, complaints and dissatisfactions. 0pen discussion began, which I believe did not really resolve any issues. U TUBE being viewed during paid working hours was discussed-Matt does not want this activity from any employee during paid working hours. Another issue was production being performed at Joyce's desk needs to stop immediately.
The prior manager at the Machine shop, was Mark Davis, whose name Joyce states keeps coming up and feels it is personal towards her. Mark is Joyce's husband. Joyce states she would be given a raise after 3 months, which did not happen. Matt states there was no such promise of a raise, only that he would give it some thought..

I ended the meeting stating we could go back and forth on this all day not getting anything resolved. There will be another meeting in 30 days to see if there are any improvements or changes that need to be made. Open for discussion by all parties.

Cindy Anderson
HR Manager

Signed and acknowledged by both parties they have read the above

Matt Holton, General Manager                Date____5-8-24____

Joyce Davis                                Date 5-8-24

EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 540-2024-06892 |
| Arizona Attorney General's Office, Civil Rights Division | |

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Mrs. Joyce B. Davis
Home Phone:      602-703-2357
Year of Birth:      1974
Street Address:    16011 S 222 nd St
MESA, AZ 85212

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Group Manufacturing Services

No. Employees, Members: 15 - 100 Employees

Phone No.:

Street Address:    3201 S Hardy Dr 3207 S Hardy Dr

TEMPE, AZ 85282

Name:

No. Employees, Members:

Phone No.:

Street Address:

DISCRIMINATION BASED ON:

Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 02/01/2024

Latest: 08/21/2024

THE PARTICULARS ARE:

I began my employment with the Respondent in 2016 as a shipping and receiving outside processing clerk. At all times I performed my job duties in a satisfactory manner.

On or around February 2024, I was assigned a new supervisor Mr. Matt Holden. Right away he denied me a raise alleging that this was due to my 'prior history'. I had no previous write ups; however, my former supervisor was also my husband, and he left to go work for a different company. Mr. Holden would make comments around me such as: if you were my wife, I wouldn't let you get shit on" I felt this was very unprofessional and retaliatory because my husband left to work at another company. During this time, I placed a complaint with HR Ms. Anderson, but I do not feel that my complaint was fully investigated or taken seriously. On or around May 6, 2024, while going to Ms. Anderson's office I overheard a conversation between the owner of the company Tim Maze and Matt Holten. Tim was yelling just fucking fire her, I want her gone'. On or around May 9, 2024, I had a weird interaction with Mr. Holten where he made a statement that I wouldn't want him to leave the company and he proceeded to place his hand on the middle of my back, I felt this was very uncomfortable and he should not be touching his employees. On or around May 22, 2024, another supervisor accused me of clocking in a co-worker but later admitted to knowing it wasn't me. On or around August 2024, I was laid off due to production allegedly being slow by Adam LeBlanc. However, I am aware that they brought in a different person to fill my position. Furthermore, they refused to give me a letter with my reason for termination.

I was discriminated against because of my sex (female) and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.

Page 1 of 3

CP Enclosure with EEOC Form 5 (06/24)

## PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Page 3 of 3



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-

B) Issued On: 09/30/2024

**To:** Mrs. Joyce B. Davis
16011 S 222 nd St
MESA, AZ 85212
Charge No: 540-2024-06892

EEOC Representative and email:    JEREMY YUBETA
Enforcement Manager
jeremy.yubeta@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 540-2024-06892.

On behalf of the Commission,

Melinda Caraballo
District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 540-2024-06892 to the